# EBANKS & SATTLER, LLP

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 503
NEW YORK, NEW YORK 10007
(212) 766-4411

FACSIMILE
(212) 766-5899
www.ebsalaw.com

ADAM B. SATTLER
ALBERTO A. EBANKS
MATTHEW B. WALLER

OF COUNSEL
ERICA B. SATTLER
MARIO A. VASQUEZ

RICHARD A. DIENST
1939-2010

July 8, 2015



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/15

**VIA FAX: 212-805-6326**

Hon. Colleen McMahon
District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *Franklin Gomez v William Fish, et al.*, 14 CV 5932 (CM) (DCF)

Hon. Judge McMahon:

I write to request an adjournment of the Rule 16 Conference scheduled before you on the above referenced case for Friday July 10 at 10:15 AM. Our firm was recently retained by Mr. Franklin Gomez to represent him on this case. The Notice of Substitution of Attorney was entered on June 4, 2015.

Upon being retained we proceeded to obtain the documents from Mr. Franklin's prior attorneys, both for this case, and for the underlying criminal case for which he was acquitted. We have only recently received these documents, which are substantial, and have not finished thoroughly reviewing them in order to then meet with our client to discuss their contents. Because of this, as well as upcoming vacation dates in August, we request that the Rule 16 Conference be adjourned to a date in September.

Thank you for your consideration of this request.

**MEMO ENDORSED**

Respectfully submitted,

EBANKS & SATTLER LLP

MARIO A. VASQUEZ

7/8/15 — The case is over a year old. Schedule for Sept 11 - @ 9:30 AM — you will have 120 days & no more.

Colleen McMahon