**MANDATE**

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

N.Y.S.D. Case #
14-cv-5932(CM)

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 7th day of March, two thousand and seventeen.

_____

Franklin Gomez,

       Plaintiff - Appellant,

v.

William Fisher, The City of New York,

       Defendants - Appellees,

The New York City Police Department,

       Defendant.

_____

**ORDER**

Docket No. 16-3836

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: June 27, 2017

       Appellant filed a Notice of Appeal in the above-referenced matter. The Court mailed instructional forms to Appellant on November 15, 2016, instructing Appellant to file Form D-P and fourteen days, thereafter, to file a scheduling notification letter pursuant to Local Rule 31.2(a)(1)(A). Appellant filed Form D-P on November 29, 2016, but failed to file a scheduling notification letter within 14 days of the filing, as required by Local Rule 31.2(a)(1)(A). Upon consideration thereof,

       IT IS HEREBY ORDERED that Appellant's principal brief must be filed on or before April 17, 2017. It is further ORDERED that the appeal will be dismissed effective April 17, 2017 if the brief is not filed by that date. No extension of time to file will be granted.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 06/27/2017